IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TOREY PHILLIPS**
**ADC #128703**                                                                                                **PLAINTIFF**

**V.**                    **CASE NO. 4:20-CV-1104-JM-BD**

**WEEKLEY**                                                                                             **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.**     **Procedures for Filing Objections**

This Recommendation for dismissal has been sent to Judge James M. Moody Jr. Mr. Phillips may file objections if he disagrees with the findings or conclusions set out in the Recommendation. To be considered, objections must be filed within 14 days. Objections should be specific and should include the factual or legal basis for the objection.

If Mr. Phillips does not file objections, he risks waiving the right to appeal questions of fact. And, if no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record.

**II.**     **Discussion**

Plaintiff Torey D. Phillips filed this lawsuit without the help of a lawyer. (Doc. No. 1) The Court requires Plaintiffs who are not represented by counsel to keep the Court informed as to their current address. Local Rule 5.5.

On October 7, 2020, Mr. Phillips was given 30 days to notify the Court of his new address, after mail sent to him from the Court was returned as undeliverable. (Doc.

No. 7) The Court specifically cautioned Mr. Phillips that his claims could be dismissed if he failed to update his address, as ordered. (Doc. No. 7) To date, Mr. Phillips has failed to comply with the Court's Order, and the time for doing so has passed.

## III.   Conclusion

The Court recommends that Mr. Phillips's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's October 7 Order requiring him to update his address.

DATED this 10th day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE