IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TOREY PHILLIPS** **PLAINTIFF**
**ADC #128703**

CASE NO. 4:20-CV-1104-JM-BD

**WEEKLEY** **DEFENDANT**

## ORDER

The Court has carefully reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere. After careful review of those Findings and Recommendations, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, Mr. Phillips's claims (Doc. No. 1) are DISMISSED without prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 30th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE