IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TOREY PHILLIPS**                                                                      **PLAINTIFF**
**ADC #128703**

**CASE NO. 4:20-CV-1104-JM-BD**

**WEEKLEY**                                                                            **DEFENDANT**

## JUDGMENT

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 30th day of November, 2020.

_____
James M. Moody Jr.
United States District Judge